UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANGELA MCNAY | CASE NO.: 1:19-cv-242-SJD-KLL |
| Plaintiff, | Judge Susan J. Dlott |
| v. | Magistrate Judge Karen L. Litkovitz |
| BEVERLY HILLS INN LA, LLC | ORDER |
| Defendant | |

This matter is before the Court upon the parties' Joint Motion for Court Approval of Settlement and the hearing on the motion held on _November 18_, 2019. The Joint Motion asks the Court to approve as fair and reasonable the proposed settlement of this case as memorialized in the parties' Settlement Agreement.

The Court finds that the proposed settlement is fair, reasonable, and eliminates the cost and uncertainty of further litigation of Plaintiff's claims, including claims of unpaid wages under both federal and state law. The settlement satisfies the standard for approval of settlements under § 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), and resolves the potential for a bona fide dispute under the FLSA and/or applicable Ohio law.

Accordingly, having been so advised at the hearing and having reviewed the Settlement Agreement and the pleadings and papers on file in this case, and for good cause established therein, the Court enters this Order approving the settlement of this matter, as set forth in the parties' Settlement Agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

IT IS SO ORDERED

__11/18/19__
Date

_Karen L. Litkovitz_
U. S. Magistrate Judge